Lee HARRIS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 44296.

Missouri Court of Appeals,
Western District.

Aug. 20, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 1, 1991.

Application to Transfer Denied
Nov. 19, 1991.

David S. Durbin, Appellate Defender, Jeanne H. McKenna, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BRECKENRIDGE, JJ.

ORDER

PER CURIAM.

Defendant appeals from the dismissal of his Rule 24.035 motion for post-conviction relief as untimely filed.

The denial of post-conviction relief is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent.

v.

Eugene W. HOLT, Appellant.

No. WD 43150.

Missouri Court of Appeals,
Western District.

Aug. 27, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 1, 1991.

Application to Transfer Denied
Nov. 19, 1991.

Robert G. Duncan, Kansas City, for appellant.

Michael Reardon, Pros. Atty., Brian J. Klopfenstein, Asst. Pros. Atty., Clay County, Liberty, for respondent.

Before KENNEDY, P.J., and
SHANGLER and ULRICH, JJ.

ORDER

PER CURIAM.

Direct appeal from a conviction of one count of sexual abuse, third degree, a Class B misdemeanor, in violation of § 566.120, RSMo 1986.

Judgment affirmed. Rule 30.25(b).